IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| HENRIETTA LOVE, ) | Case No. 18-33560 |
| ) | Judge: BAER |
| Debtor(s). ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

*To the following persons or entities who have been served via U.S. Mail:*

    See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at Kane County Court House, 100 S. Third, Geneva, IL 60134, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Plan Post-Confirmation, Allow Post-Petition Internal Revenue Service (IRS) Debt to be Paid as Priority through Plan and Raise Plan Payment,** at which time and place you may appear.

    JUDGE:    BAER
    ROOM:    240
    DATE:    July 19, 2019
    TIME:    9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: June 14, 2019    /s/ Christine H. Clar
    Christine H. Clar, A.R.D.C. #6202332
    Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Ms. Henrietta Love
1505 W. Jefferson Ave., Apt. 101
Naperville, IL  60540

Capital One auto finance
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK  73118

City of Chicago, Dept. of Finance
c/o Arnold Scott Harris
111 W. Jackson Blvd, Ste., 600
Chicago, IL  60604

IRS
P.O. Box 7346
Philadelphia, PA  19101-7346

Capital One Bank
P.O. Box 71083
Charlotte, NC  28272-1083

Speedy Rapid Cash
P.O. Box 780408
Wichita, KS  67278

Dr. Jerome Bergamini
405 S. Main
Naperville, IL  60540

West Star Homes
164 Division St., Ste. 602
Elgin, IL  60120-5587

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Chapter 13 |
| HENRIETTA LOVE, | ) Case No. 18-33560 |
| | ) Judge: BAER |
| Debtor(s). | ) |

## MOTION TO MODIFY PLAN POST-CONFIRMATION, ALLOW POST-PETITION INTERNAL REVENUE SERVICE (IRS) DEBT TO BE PAID AS PRIORITY THROUGH PLAN AND RAISE PLAN PAYMENT

NOW COMES, THE DEBTOR, HENRIETTA LOVE, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On December 3, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC. The Chapter 13 plan was confirmed on March 1, 2019.

3) That Glenn Stearns was appointed Trustee in this case.

4) The Debtor's Chapter 13 plan provides for payments of $525.00 monthly for an initial plan term of 36 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

5) The Internal Revenue Service (IRS) filed a proof of claim (#3) on December 10, 2018 for a total amount of $14,810.70, of which $11,325.95 is priority and $3,484.75 is unsecured.

6) That the Debtor, post-petition, owes the IRS an additional $6,747.00 in priority debt for the tax year 2018. Debtor has attempted to make a payment arrangement with the IRS, but has been unable to do so.

7) The Debtor seeks to have Claim #3 filed by the IRS amended to pay a total of $21,557.70, of which $18,072.95 is priority and $3,484.75 is unsecured, non-priority.

8) The Debtor seeks to increase her monthly plan payment by $75.00, to $600.00, so that the plan will remain feasible. She will adjust her budget as needed to afford this payment increase, so that the IRS can be paid in a timely manner.

9) The Debtor seeks to have the Chapter 13 plan modified pursuant to 11 U.S.C. §1329 so that Part 2.1 of the plan provides that Debtor will pay to the trustee $600.00 monthly pursuant to the provisions of the plan.

11) That granting this motion will not unfairly impair the rights of the creditors of the Debtor.

WHEREFORE, the DEBTOR, HENRIETTA LOVE, prays that this Honorable Court enter an Order to modify the plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100