## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **18-33560** |
| **HENRIETTA LOVE,** | ) | **Chapter 13** |
| | ) | |
| | ) | **JUDGE BAER** |
| Debtor(s). | ) | |

### NOTICE OF OBJECTION

*The following parties have been served via electronic mail:*
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

*The following party(s) have been served via regular US mail:*
Ms. Henrietta Love, 1505 W. Jefferson Ave., Apt. 101, Naperville, IL  60540
IRS, P.O. Box 7346, Philadelphia, PA  19101
D. Patrick Mullarkey, Tax Division (DOJ), P.O. Box 55, Ben Franklin Station, Washington DC 20044
United States Attorney, Civil Process Clerk, 219 S. Dearborn St., Rm. 500, Chicago, IL  60604

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead, at Kane County Court House, 100 S. 3rd, Geneva, IL  60134, in the following courtroom (or any other place posted), and present the attached **Objection to Claim No. 3.1 (Internal Revenue Service)** at which time and place you may appear:

JUDGE:    BAER
ROOM:    240
DATE:    October 11, 2019
TIME:    10:00 a.m.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332

### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on  August 27, 2019 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **18-33560** |
| **HENRIETTA LOVE,** | ) | **Chapter 13** |
| | ) | |
| | ) | **JUDGE BAER** |
| **Debtor(s).** | ) | |

## OBJECTION TO CLAIM NO. 3.1
## (INTERNAL REVENUE SERVICE

NOW COMES the debtor, HENRIETTA LOVE, by her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Objection to Claims, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The debtor filed a Chapter 13 petition December 3, 2018. The case was confirmed on March 1, 2019. Glenn Stearns was appointed trustee in this case.

3. The debtor listed the Internal Revenue Service as one of her creditors.

4. On December 10, 2018 the Internal Revenue Service filed a proof of claim, Claim No. 3.1 on the Claims Register for taxes, divided into unsecured, priority ($11,325.95) and unsecured general non-priority ($3,484.75), for a total amount of $14,810.70 (Exhibit A).

5. This claim does not contain the $6,747.00 priority debt that she owes for tax year 2018.

6. Debtor cannot send this amount owed to the IRS in one lump sum, has been unable to make a payment arrangement with the IRS, and would like for this to be included in her Chapter 13 plan payment.

7. Claim No. 3.1 should be disallowed as to the total unsecured priority amount of $11,325.95, and should be replaced with $18,072.95 unsecured, priority. The unsecured, general non-priority amount of $3,484.75 shall remain the same.

WHEREFORE, pursuant to 11 U.S.C. §502(a), the debtor, HENRIETTA LOVE, respectfully request that this honorable Court enter an order disallowing Claim No. 3.1's unsecured, priority amount, and replaced it with $18,072.95, which includes the amount owed for 2018, and for such other and further relief as the Court shall deem proper.

Respectfully Submitted,
/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

| Fill in this information to identify the case: |
|---|
| Debtor 1  HENRIETTA LOVE |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: NORTHERN    District of ILLINOIS (State) |
| Case number  18-33560 |

## Official Form 410
# Proof of Claim                                                                                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

■ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name

P.O. Box 7346
Number    Street

Philadelphia         PA         19101-7346
City                 State      ZIP Code

Contact phone    1-800-973-0424

Contact email

Creditor Number: 27346533

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name

P.O. Box 7317
Number    Street

Philadelphia         PA         19101-7317
City                 State      ZIP Code

Contact phone    1-800-973-0424

Contact email

**4. Does this claim amend one already filed?**

■ No
☐ Yes.   Claim number on court claims registry (if known) _____    Filed on: _____
                                                                                MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

■ No
☐ Yes. Who made the earlier filing?

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   See Attachment |
| 7. How much is the claim? | $ 14,810.70   Does this amount include interest or other charges?<br>☐ No<br>■ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Taxes |
| 9. Is all or part of the claim secured? | ■ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br>☐ Motor Vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of Property:**   $_____<br>**Amount of the claim that is secured:**   $_____<br>**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>**Annual Interest Rate** (when case was filed)   ____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ■ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____ |
| 11. Is this claim subject to a right of setoff? | ☐ No<br>■ Yes. Identify the property   See Attachment |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>■ Yes. Check all that apply:<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.<br><br>*Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$ _____<br><br>$ _____<br><br>$ _____<br><br>$ 11,325.95<br><br>$ _____<br><br>$ _____ |
|---|---|---|

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/07/2018
                  MM / DD / YYYY

/s/ ROBERTO HERNANDEZ
(Signature)

**Print the name of the person who is completing and signing this claim:**

Name    ROBERTO                                                    HERNANDEZ
        First name              Middle name                        Last name

Title   Bankruptcy Specialist

Company Internal Revenue Service
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address
        230 S. Dearborn Room 2600, M/S 5014CHI
        Number      Street

        Chicago                                              IL           60604
        City                                                 State        ZIP Code

Contact Phone  312-292-3267                                  Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** HENRIETTA LOVE
1505 W. JEFFERSON AVE.
APT 101
NAPERVILLE, IL 60540



Form **410**
Attachment

| Case Number |
|---|
| 18-33560 |

| Type of Bankruptcy Case |
|---|
| CHAPTER 13 |

| Date of Petition |
|---|
| 12/03/2018 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-7777 | INCOME | 12/31/2016 | 12/03/2018 | $7,340.00 | $549.46 |
| XXX-XX-7777 | INCOME | 12/31/2017 | 12/10/2018 | $3,329.00 | $107.49 |
|  |  |  |  | $10,669.00 | $656.95 |

**Total Amount of Unsecured Priority Claims:** $11,325.95

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $3,484.75

**Total Amount of Unsecured General Claims:** $3,484.75

Page 1 of 1